UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:02-CR-280-T-15TBM

FABIO RESTREPO, ET AL

### NOTICE OF APPEARANCE

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, files this Notice of Appearance of the undersigned as counsel for the United States in the above-captioned case.

Please forward all materials in this case to counsel from this date forward.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By: *s/James C. Preston, Jr.*
JAMES C. PRESTON, JR.
Assistant United States Attorney
Florida Bar No. 0383155
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone:   (813) 274-6000
Facsimile:   (813) 274-6125
Email: james.preston@usdoj.gov